# ALABAMA COURT OF CRIMINAL APPEALS



November 1, 2024

**CR-2023-0008**
Trevor Lynn Cofer v. State of Alabama (Appeal from Lee Circuit Court: CC-20-761)

## <u>NOTICE</u>

You are hereby notified that on November 1, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk